IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JUL 22 AM 10: 27

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STEVEN R. HARPER,

Defendant.

8:26CR119

INDICTMENT
18 U.S.C. § 2252(a)(4)(B) & (b)(2)

The Grand Jury charges that

## COUNT I

On or about October 30, 2025, in the District of Nebraska, defendant STEVEN R. HARPER, having previously been convicted on or about August 13, 2018, of Possession of Child Pornography in the District Court of Sarpy County, Nebraska case CR17-230, did knowingly possess one or more computer file and other matter which contained an image of child pornography, including an image of a prepubescent child and child under the age of 12 years old, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, and said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

_____
FOREPERSON

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska


KELLI L. CERAOLO
Assistant U.S. Attorney

2